1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JIMENEZ-CARRANZA

6                                                                   ***E-FILED - 1/21/09***

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,           )    No. CR 08-00639-RMW
                                        )
12              Plaintiff,              )    **STIPULATION TO CONTINUE**
    v.                                  )    **STATUS HEARING; []**
13                                      )    **ORDER**
    ARMANDO JIMENEZ-CARRANZA,           )
14                                      )
                Defendant.              )
15  _____ )

16      Defendant and the government, through their respective counsel, hereby stipulate that,

17  subject to the court's approval, the status hearing date in the above-captioned matter, presently

18  scheduled for Monday, January 5, 2009, at 9:00 a.m., be continued to Monday, January 12, 2009,

19  at 9:00 a.m.  The continuance is requested for effective defense preparation and ongoing defense

20  investigation.

21      The parties further agree and stipulate that time should be excluded from and including

22  January 5, 2009 through and including January 12, 2009, to provide defense counsel reasonable

23  time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

24  Accordingly, the

25  ///

26  ///

STIPULATION TO CONTINUE STATUS
HEARING; [] ORDER
No. CR 08-00639                                  1

1  United States and the defendant agree that granting the requested exclusion of time will serve the
2  interest of justice and outweigh the interest of the public and defendant in a speedy trial.

4  Dated: 12/29/08    _____/s/_____
                      NICHOLAS P. HUMY
5                     Assistant Federal Public Defender

6  Dated: 12/29/08    _____/s/_____
                      LAURA DURITY
7                     Assistant United States Attorney

9  **ORDER**

10  The parties have jointly requested a continuance of the status hearing set for January 5,
11  2009 for effective defense preparation and ongoing defense investigation.
12  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13  presently set for Monday, January 5, 2009 be continued to Monday, January 12, 2009 at
14  9:00 a.m. as well as the period of delay from January 5, 2009, to and including January 12, 2009,
15  be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States
16  Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

18  Dated:  1/21/09                    _Ronald M. Whyte_____
                                       RONALD M. WHYTE
19                                     United States District Judge

STIPULATION TO CONTINUE STATUS
HEARING; [] ORDER
No. CR 08-00639                                    2